UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER GENE RUTH,<br><br>            Plaintiff,<br><br>      v.<br><br>WARDEN, et al.,<br><br>            Defendants. | No. 1:21-cv-00040-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 8)<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Eber Ruth ("plaintiff") is a state prisoner proceeding *pro se* with this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2021, the assigned magistrate judge entered findings and recommendations, recommending that, "[p]ursuant to 28 U.S.C. § 1915(g), Plaintiff not be allowed proceed in forma pauperis in this action," and that "Plaintiff be directed to pay the $402.00 filing fee in full if he wants to proceed with this action." (Doc. No. 8 at 5.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 14, 2021, (Doc. No. 8), are adopted in full;
2. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not allowed proceed *in forma pauperis* in this action; and
3. If plaintiff wants to proceed with this action, plaintiff shall pay the $402 filing fee in full within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 22, 2021**              /s/ Dale A. Drozd
                                            UNITED STATES DISTRICT JUDGE