UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER GENE RUTH,<br><br>                Plaintiff,<br><br>        v.<br><br>WARDEN, et al.,<br><br>                Defendants. | No. 1:21-cv-00040-NONE-EPG (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(Doc. No. 9)<br><br>ORDER FOR CLERK TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE AND THEN TO CLOSE THIS CASE |

Eber Ruth ("plaintiff") is a state prisoner proceeding *pro se* with this civil rights action.

On February 23, 2021, the court issued an order finding that, pursuant to 28 U.S.C. § 1915(g), plaintiff is not allowed to proceed in forma pauperis in this action. (Doc. No. 9 at p. 2.) The court also ordered plaintiff to pay the $402.00 filing fee in full within thirty days if he wants to proceed with this action. (*Id.*)

The thirty-day period has expired, and plaintiff has failed to pay the $402 filing fee.

Accordingly,

1.  This action is dismissed without prejudice; and

/////

/////

/////

1

2. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: __**April 9, 2021**__   _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE